# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:14-00018 |
| | ) | Judge Trauger |
| OSCAR MARTINEZ-VILLEDA | ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Monday, April 14, 2014, at 12:30 p.m.

It is so **ORDERED**.

ENTER this 11th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge